| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Moshe Rothenberg, Esq.<br>880 E. Elmer Road<br>Vineland, New Jersey 08360<br>Phone: (856) 236-4374<br>Fax: (856) 405-6769<br>Attorney for Plaintiff/Creditor<br><br>In Re:<br><br>Susan Sacks, Plaintiff<br>(Creditor)<br><br>v.<br><br>Gianna S. Sweet, Defendant<br>(Debtor) | Case No.: 15-14897<br><br>Chapter: 7<br><br>Adv. No.: 15-02047<br><br>Hearing Date: 10/21/2015 @ 2:00 p.m.<br><br>Judge: Michael B. Kaplan |

## CERTIFICATION OF SERVICE

1. I, <u>Alyson Johnson</u>:

    ☐ represent the _____ in the above-captioned matter.

    ☒ am the secretary/paralegal for <u>Moshe Rothenberg, Esq.</u>, who represents the <u>Plaintiff/Creditor</u> in the above-captioned matter.

    ☐ am the _____ in the above case and am representing myself.

2. On <u>July 23, 2015</u>, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    **Adversary Complaint, Summons and Notice of Pretrial Conference in an Adversary Proceeding, Pre-Trial Instructions, Joint Order Scheduling Pretrial Proceedings and Trial, and Joint Mediation Order**

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: <u>July 23, 2015</u>                                                    /s/Alyson Johnson
                                                                                              Signature